MARY LOUISE ADAMS, a widow, v. ALEX L. DOMMERICH, *et al.*

180 So. 519.
Division A.
Opinion Filed March 15, 1938.
Rehearing Denied April 28, 1938.

*George P. Garrett,* for Plaintiff in Error;

*Warlow & Carpenter* and *Maguire & Voorhis,* for Defendants in Error.

TERRELL, J.—The records and the briefs in this case have been examined and questions presented found to be similar to those adjudicated in Mary Louise Adams v. F. E. Adams, decided this date. Both cases grew out of the same transactions, the parties only being different.

The judgment below is accordingly affirmed on authority of the last cited case.

Affirmed.

ELLIS, C. J., and BUFORD, J., concur.

WHITFIELD, P. J., and BROWN and CHAPMAN, J. J., concur in the opinion and judgment.